In the Matter of NATIONAL CASH REGISTER COMPANY, Appellant, v. B. JOHN TUTUSKA, as Erie County Executive, Respondent.—

Present — Del Vecchio, J. P., Marsh, Gabrielli, Moule and Henry, JJ.